IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARGIE POLLARD, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV413-194
 )
THE MARSHES OF SKIDAWAY ISLAND, )
 )
    Defendant. )
 )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED** as time-barred. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **27th** day of December 2013.

                          WILLIAM T. MOORE, JR.
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF GEORGIA